FILED

2005 FEB -3 P 3: 42

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT. CONN

| | | |
|---|---|---|
| MERRILL LYNCH PIERCE FENNER & SMITH, INC. | : | CASE NO. 3:03-CV-631 (SRU) |
| Plaintiff | : | |
| V. | : | |
| DAVID R. CRAW | : | |
| | : | FEBRUARY 3, 2005 |
| Defendant. | : | |

## APPEARANCE

TO THE CLERK:

Please enter my appearance in the above-entitled case for the plaintiff Merrill Lynch Pierce Fenner & Smith, Inc.

THE PLAINTIFF
MERRILL LYNCH PIERCE FENNER & SMITH, INC.

By /s/ Michael T. McCormack

Michael T. McCormack, CT13799
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone: (860) 725-6200
Fax: (860) 278-3802
Email: mmccormack@tylercooper.com
- Its Attorneys -

## Certification

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on February 3, 2005 to:

Gary Klein
Sandak Friedman Sumner & Greco, LLP
970 Summer St.
Stamford, CT 06905-5503

Steven L. Menchel
199 Wells Ave.
Suite 106
Newton, MA 02459

David McComb, Esq.
Rubin & Associates, P.C.
10 South Leopard Rd.
MCS Building
Paoli, PA 19301