FILED

2005 FEB -3 P 3: 42

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRILL LYNCH PIERCE FENNER & SMITH, INC. : | CASE NO. 3:03-CV-631 (SRU) |
| Plaintiff : | |
| V. : | |
| DAVID R. CRAW : | FEBRUARY 3, 2005 |
| Defendant. : | |

### MOTION FOR RETURN OF PROPERTY

Pursuant to Notice received from the Court, the Plaintiff, Merrill Lynch Pierce Fenner & Smith, hereby moves for the return of property on file with the Court in this case. Specifically, the plaintiff requests that the bond posted by the plaintiff dated April 9, 2003, Surety Bond # 6209067, in the amount of $25,000 from Safeco Insurance Company be returned to the plaintiff. In support of this motion, the plaintiff represents that this case settled and, therefore, there is no reason for the Court to maintain the bond.

WHEREFORE, the plaintiff respectfully requests that its motion be granted.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

THE PLAINTIFF
MERRILL LYNCH PIERCE FENNER & SMITH, INC.

By /s/ *signature*

Michael T. McCormack, CT13799
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone: (860) 725-6200
Fax: (860) 278-3802
Email: mmccormack@tylercooper.com
- Its Attorneys -

## **ORDER**

The foregoing Motion having been presented to the Court, it is hereby ORDERED: GRANTED/DENIED.

By The Court,

_____
Judge/Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on February 3, 2005 to:

Gary Klein
Sandak Friedman Sommer & Greco, LLP
970 Summer St.
Stamford, CT 06905-5503

Steven L. Manchel
199 Wells Avenue
Suite 106
Newton, MA 02459

David McComb, Esq.
Rubin & Associates, P.C
10 South Leopard Road
MCS Building
Paoli, PA 19301

_____
Michael T. McCormack